IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON CHANDLER,

    Plaintiff,

v.                                                   No. CV 20-1354 KWR/CG

EDDY COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on the County Defendants' *First Motion to Compel Discovery Responses, Costs and Fees* (the "Motion), (Doc. 22), filed February 5, 2021. In the Motion, Defendants request that the Court compel Plaintiff to provide complete discovery responses to requests which Defendants served on November 12, 2020, while this case was still in state court. *Id.* at 2-3.

**IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Wednesday, March 24, 2021, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE