**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRANDON CHANDLER,

       Plaintiff,

v.                                                         No. CV 20-1354 KWR/CG

EDDY COUNTY SHERIFF'S
DEPARTMENT, et al.

       Defendant.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the Motion Hearing scheduled for Wednesday, March 24, 2021, at 2:00 p.m. is **VACATED**.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE