**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRANDON CHANDLER,

      Plaintiff,

v.                                                   No. CV 20-1354 KWR/CG

EDDY COUNTY SHERIFF'S
DEPARTMENT, et al.

      Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. County Defendants indicate in their *Notice of Resolution of Claims Against County Defendants*, (Doc. 41), filed March 23, 2021, that they have resolved their dispute *only as to* Plaintiff's claims against Defendants Eddy County Board of County Commissioners, Eddy County Sheriff's Department, Sheriff Mark Cage, Lt. Victor Martinez and Deputy T. Satterfield.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents as to Defendants Eddy County Board of County Commissioners, Eddy County Sheriff's Department, Sheriff Mark Cage, Lt. Victor Martinez and Deputy T. Satterfield, by no later than **April 23, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE