### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

BRANDON CHANDLER,

       Plaintiff,

v.                                                                  No. CV 20-1354 KWR/CG

EDDY COUNTY SHERIFF'S
DEPARTMENT, et al.,

       Defendants.

### ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the Status Conference scheduled for Wednesday, April 7, 2021, at 2:30 p.m. is **VACATED**.

       IT IS SO ORDERED.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE